IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Susan H. Beeson, Co-Executor of the Estate of Ruth G. Hill, <br><br>Susan H. Beeson, Co-Executor of the Estate of Cecil R. Hill, <br><br>Ellen B. Hill, Co-Executor of the Estate of Ruth G. Hill, <br><br>Ellen B. Hill, Co-Executor of the Estate of Cecil R. Hill, <br><br>      Plaintiffs, <br><br>  v. <br><br>THE WESTERN UNION COMPANY, a corporation, also doing business as Western Union Financial Services, Inc., and through other subsidiaries and affiliates, and <br><br>Gilardi & Co., LLC, <br><br>      Defendants. | Case No. 1:22-cv-00805-UA-JLW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Heryka R. Knoespel, hereby appears as counsel for Defendant Western Union Financial Services, Inc.[1], and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

---

[1] The Complaint names The Western Union Company, a corporation, also doing business as Western Union Financial Services, Inc. as the Defendant. The summons was directed to Western Union Financial Services, Inc. Upon information and belief, no summons was directed to The Western Union Company.

1

Respectfully submitted this 19th day of October, 2022.

                     */s/ Heryka R. Knoespel*
                     Heryka R. Knoespel (NC Bar No. 53035)
                     MCGUIREWOODS LLP
                     201 N. Tryon Street, Suite 3000
                     Charlotte, North Carolina 28202
                     Telephone: (704) 343-2367
                     Facsimile: (704) 343-2300
                     Email: hknoespel@mcguirewoods.com

*Counsel for Defendant Western Union Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2022, I caused the foregoing NOTICE OF APPEARANCE, and all attachments thereto, to be duly served upon all counsel of record in this action by electronically filing the foregoing with the Clerk of Court via the Court's CM/ECF system and by serving a copy of the foregoing via United States Postal Service first class mail, postage prepaid, as noted below:

Christopher D. Lane, Esq. (via USPS)
3802 Clemmons Road, Suite A
Clemmons, North Carolina 27012
Telephone: (336) 766-0229
Email: chrislanelaw@gmail.com
*Attorneys for Plaintiff*

Abbey Krysak, Esq. (via CM/ECF)
Wagner Hicks PLLC
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705-7942
Email: abbey.krysak@wagnerhicks.law
*Attorneys for Defendant Gilardi & Co., LLC*

/s/ *Heryka R. Knoespel*
Heryka R. Knoespel

*Counsel for Defendant Western Union Financial Services, Inc.*