IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Susan H. Beeson, Co-Executor of the Estate of Ruth G. Hill, <br><br> Susan H. Beeson, Co-Executor of the Estate of Cecil R. Hill, <br><br> Ellen B. Hill, Co-Executor of the Estate of Ruth G. Hill, <br><br> Ellen B. Hill, Co-Executor of the Estate of Cecil R. Hill, <br><br> Plaintiffs, <br><br> v. <br><br> THE WESTERN UNION COMPANY, a corporation, also doing business as Western Union Financial Services, Inc., and through other subsidiaries and affiliates, and <br><br> Gilardi & Co., LLC, <br><br> Defendants. | Case No. 1:22-cv-00805 |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Western Union Financial Services, Inc.[1] ("Western Union"), by and through its undersigned attorneys and Defendant Gilardi & Co., LLC ("Gilardi"), by and

---

[1] The Complaint names The Western Union Company, a corporation, also doing business as Western Union Financial Services, Inc. as the Defendant. The summons was directed to Western Union Financial Services, Inc. Upon information and belief, no summons was directed to The Western Union Company.

through its undersigned attorneys, together the "Defendants," with the express consent provided by counsel for Plaintiff, and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1(a), respectfully move for a thirty (30) day extension of time to respond to Plaintiffs' Complaint (the "Motion"), to and including December 14, 2022.

In support of this Motion, Defendants state as follows:

(1) Plaintiffs filed the Complaint in the Superior Court of North Carolina, Davie County, on July 26, 2022. ECF No. 1-1.

(2) Gilardi received a copy of the Summons and Complaint on or around August 2, 2022, and Western Union was served with the Summons and Complaint on or around August 26, 2022

(3) Western Union removed the action to the United States District Court for the Middle District of North Carolina on September 23, 2022. ECF No. 1.

(4) Western Union and Gilardi filed consent motions to extend the time to respond to the Complaint.

(5) On September 29, 2022, the Court granted the Motions and ordered that Defendants' responses to the Complaint are due on November 14, 2022.

(6) The time originally prescribed for filing and service of Defendants' responses to the Complaint has not expired.

(7) The requested extension does not affect any other scheduled dates or deadlines.

(8) The parties are in the process of determining if the case can be resolved without the need for further litigation. The parties would like additional time to continue these discussions to see if the case can be resolved.

(9) This Motion is not being filed for purposes of delay, it will not prejudice any party to this proceeding, and good cause exits for granting this motion.

(10) Pursuant to Local Rule 6.1(a), the undersigned counsel for Defendants have consulted with counsel for Plaintiffs, and Plaintiffs consent to the extension requested in this Motion.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order granting Defendants an extension of time to respond to the Complaint to and including December 14, 2022 to answer or otherwise respond to Plaintiffs' Complaint, and such other or further relief as the Court deems proper and just.

Respectfully submitted this 7th day of November, 2022.

          **MCGUIREWOODS LLP**

By:   */s/ Jodie Herrmann Lawson*
Jodie Herrmann Lawson (NC Bar No. 42900)
Heryka R. Knoespel (NC Bar No. 53035)
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
Email:   jlawson@mcguirewoods.com
          hknoespel@mcguirewoods.com

*Attorneys for Defendant Western Union Financial Services, Inc.*

**WAGNER HICKS PLLC**

By:   */s/ Abbey M. Krysak*
     Sean C. Wagner (NC Bar No. 50233)
     Abbey M. Krysak (NC Bar No. 46281)
     Wagner Hicks PLLC
     831 E. Morehead St. Suite 860
     Charlotte, North Carolina 28202
     Telephone: (704) 705-7942
     Facsimile: (704) 705-7787
     Email:   sean.wagner@wagnerhicks.law
              abbey.krysak@wagnerhicks.law

     *Attorneys for Defendant Gilardi & Co., LLC*

4

Case 1:22-cv-00805-UA-JLW   Document 9   Filed 11/07/22   Page 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2022, a true and correct copy of the foregoing was served on all parties of record via the Court's ECF filing system.

                                            */s/ Jodie Herrmann Lawson*
                                            Jodie Herrmann Lawson
                                            *Counsel for Defendant Western Union Financial Services, Inc.*