IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Susan H. Beeson, Co-Executor of the Estate of Ruth G. Hill,<br><br>Susan H. Beeson, Co-Executor of the Estate of Cecil R. Hill,<br><br>Ellen B. Hill, Co-Executor of the Estate of Ruth G. Hill,<br><br>Ellen B. Hill, Co-Executor of the Estate of Cecil R. Hill,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE WESTERN UNION COMPANY, a corporation, also doing business as Western Union Financial Services, Inc., and through other subsidiaries and affiliates, and<br><br>Gilardi & Co., LLC,<br><br>     Defendants. | Case No. 1:22-cv-00805 |

## **[PROPOSED] ORDER**

THIS MATTER having come before the Court on Defendant Western Union Financial Services, Inc.'s and Defendant Gilardi & Co., LLC's, together the "Defendants," Consent Motion for Extension of Time to Respond to the Complaint; the Court having reviewed same and found good cause for the relief requested;

NOW, THEREFORE, IT IS ORDERED that Defendants' Motion is GRANTED. Defendants shall have to and including December 14, 2022 to respond to the Complaint.

1

This the \_\_\_\_ day of November, 2022.

_____
                              JUDGE

2

Case 1:22-cv-00805-UA-JLW   Document 9-1   Filed 11/07/22   Page 2 of 2