# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Susan H. Beeson, Co-Executor of the Estate of Ruth G. Hill, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Western Union Financial Services, Inc., et al., <br><br> Defendants. | Case No. 1:22-cv-00805 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(A)(i), Plaintiffs, Susan H. Beeson and Ellen B. Hill, Co-Executors of the Estates of Ruth G. Hill and Cecil R. Hill, hereby stipulate to the dismissal with prejudice, on their merits and in their entirety, of all claims against all defendants, waiving all rights of appeal, and with each party to bear its own costs and legal fees in connection with this action.

Respectfully submitted this 16th day of December, 2022.

1

| | MCGUIREWOODS LLP |
|---|---|
| */s/ Christopher D. Lane* | By: */s/ Jodie Herrmann Lawson* |
| Christopher D. Lane | Jodie Herrmann Lawson (NC Bar No. 42900) |
| State Bar No. 20302 | Heryka R. Knoespel (NC Bar No. 53035) |
| Christopher D. Lane, Esq. | McGuireWoods LLP |
| 3802 Clemmons Road | 201 North Tryon Street, Suite 3000 |
| Clemmons, NC 27012 | Charlotte, North Carolina 28202 |
| Telephone: (336) 766-8085 | Telephone: (704) 343-2000 |
| Facsimile: (336) 766-9145 | Facsimile: (704) 343-2300 |
| Email: chrislanelaw@gmail.com | Email: jlawson@mcguirewoods.com |
| | hknoespel@mcguirewoods.com |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT WESTERN UNION FINANCIAL SERVICES, INC.** |

2

Case 1:22-cv-00805-UA-JLW   Document 13   Filed 12/16/22   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>December 16</u>, 2022, a true and correct copy of the foregoing was served on all parties of record via the Court's ECF filing system.

                                    */s/ Jodie Herrmann Lawson*
                                    Jodie Herrmann Lawson
                                    *Counsel for Defendant Western Union Financial Services, Inc.*